AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

LYDIA GALVEZ

_____

*Plaintiff*

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

_____

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:15-CV-3156-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion For Summary Judgment (ECF No. 14) is GRANTED;
Defendant's Motion For Summary Judgment (ECF No. 19) is DENIED; and
The Commissioner's decision is REVERSED and this matter is REMANDED to the Commissioner for further
development of the record pursuant to sentence four of 42 U.S.C. §405(g) and § 1383(c)(3).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Lonny R. Suko _____   on a motion for
   Summary Judgment.

Date:   January 19, 2017 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Cora Vargas
_____
*(By) Deputy Clerk*

Cora Vargas
_____